**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| ZAC A. YOUNG, *individually, and on behalf of all other similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ROLS, INC. d/b/a CBQ SERVICES and JOHN DOES 1-10,<br><br>Defendants. | Case No.  3:23-cv-03023-SEM-KLM |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ZAC A. YOUNG, ("Plaintiff") and ROLS, INC. d/b/a CBQ SERVICES, ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: April 6, 2023                                           Respectfully submitted,

ZAC A. YOUNG

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Mohammed O. Badwan*