# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ZAC A. YOUNG, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br><br>ROLS, INC. d/b/a CBQ SERVICES and JOHN DOES 1-10,<br><br>   Defendant. | Case No. 3:23-cv-03023-CRL-KLM |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, ZAC A. YOUNG, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his individual claims against ROLS, INC. d/b/a CBQ SERVICES and JOHN DOES 1-10, with prejudice. Plaintiff also hereby dismisses the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: June 22, 2023.    Respectfully Submitted,

                                            ZAC A. YOUNG

                                            */s/ Mohammed O. Badwan*
                                            Mohammed O. Badwan
                                            SULAIMAN LAW GROUP, LTD.
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            (630) 575-8181
                                            mbadwan@sulaimanlaw.com
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, an attorney, certify that on June 22, 2023, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

                                                      */s/ Mohammed O. Badwan*